IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

DON WAYNE BASEY,

    Plaintiff,

v.

TEXAS DEPARTMENT OF CRIMINAL
JUSTICE, *et al.*,

    Defendants.

2:22-CV-013-Z-BR

## ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION AND DENYING DEFENDANT'S MOTION TO DISMISS AS MOOT

Before the Court are the findings, conclusions, and recommendation of the United States Magistrate Judge to deny as moot the motion to dismiss filed by Defendants. ECF No. 43. No objections to the findings, conclusions, and recommendation have been filed. After making an independent review of the pleadings, files, and records in this case, the Court concludes that the findings, conclusions, and recommendation of the Magistrate Judge are correct. It is therefore **ORDERED** that the findings, conclusions, and recommendation of the Magistrate Judge are **ADOPTED** and the Motion to Dismiss (ECF 36) is **DENIED AS MOOT**.

**SO ORDERED.**

June **26**, 2023

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE